IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TAMMI A. MAESE,

    Plaintiff,

v.                                                  No. 14-cv-0030 WPL/SMV

OMNIPLEX WORLD SERVICES CORP.,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     April 23, 2014, at 10:00 a.m.

**Matter to be heard**:   Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is hereby set for **April 23, 2014, at 10:00 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

_____
  **STEPHAN M. VIDMAR**
  **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.