UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

**TAMMI A. MAESE,**

    **Plaintiff,**

**v.**                                                                 **Cause No. 2:14-cv-00030 MCA/SMV**

**OMNIPLEX WORLD SERVICES CORP.,**

    **Defendant.**

## ORDER GRANTING JOINT MOTION TO EXTEND PRETRIAL DEADLINES

This matter having come before the Court upon Plaintiff TAMMI A. MAESE's and Defendant OMNIPLEX WORLD SERVICES CORP.'s ("Defendant") joint motion to extend the remaining pretrial deadlines in this action, the Court having reviewed the motion and being advised of the premises therefore FINDS that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the Pretrial Order shall be amended as follows:

    A.    the deadline for Plaintiff to disclose experts is extended until October 9, 2014;

    B.    the deadline for Defendant to disclose experts is extended until November 10, 2014;

    C.    the deadline for discovery is extended until January 26, 2015;

    D.    the deadline for discovery motions is extended until February 17, 2015;

    E.    the deadline for pretrial motions (other than discovery) is extended until February 26, 2015;

    F.    the deadline for Plaintiff to provide a draft pretrial order to Defendant is extended until April 10, 2015;

G.      the deadline for the Defendant to file the pretrial order with the Court is extended until April 24, 2015; and

_____
U.S. MAGISTRATE JUDGE

**Submitted by**:

JACKSON LEWIS P.C.


By: _Electronically signed on 10/6/14_
        Victor P. Montoya
4300 San Mateo Blvd. NE, Ste. B-260
Albuquerque, NM  87110
montoyav@jacksonlewis.com
(505) 878-0515
*Attorneys for Defendant*


**Approved as to form**:

PIA GALLEGOS LAW FIRM, P.C.


By: _Electronically approved on 10/9/14_
        Pia Gallegos
116 14th Street S.W.
Albuquerque, NM  87102
pia@gallegoslaw.com
(915) 581-4600
*Attorneys for Plaintiff*


4834-0497-4111